UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOBIA SACCHETTI,<br><br>         Plaintiff,<br><br>   -against-<br><br>WESTCHESTER DOC, ET AL,<br><br>         Defendants. | 22-CV-4508 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 6, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 6, 2023
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge